UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

--------------------------------------------------

*Edell*

-v-

*mance*

--------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-5805__

JUDGE: __KMW__

DATE: __JULY 29, 2008__

# INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED JUL 29 2008 S.D. OF N.Y.*

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( ✓ ) Original Record                    (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 29TH Day of July, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Edell*

-v-

*monce*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-5805

JUDGE: KMW

DATE: JULY 29, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29TH Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05805-KMW
### Internal Use Only

Edell v. Mance
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/27/2008
Date Terminated: 06/27/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Daniel Edell.(rdz) (Entered: 07/03/2008) |
| 06/27/2008 | 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254..Document filed by Daniel Edell.(rdz) (Entered: 07/03/2008) |
| 06/27/2008 | | Magistrate Judge Douglas F. Eaton is so designated. (rdz) (Entered: 07/03/2008) |
| 06/27/2008 | 3 | ORDER OF DISMISSAL; Petitioner's request to proceed in forma pauperis is granted. For reasons set forth accordingly, the petition is dismissed without prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. 2253. The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/27/2008) (jeh) (Entered: 07/03/2008) |
| 06/27/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed without prejudice. As petitioner has not made a substantial showing of the denial of constitutional right, a certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/27/2008) (jeh) (Entered: 07/03/2008) |
| 07/10/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Petition), 3 Order Dismissing Petition. Document filed by Daniel Edell. (tp) (Entered: 07/24/2008) |
| 07/10/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Daniel Edell. $455.00 APPEAL FEE DUE. IFP REVOKED 6/27/08. COA DENIED 6/27/08. (tp) (Entered: 07/24/2008) |
| 07/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 07/24/2008) |
| 07/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 07/24/2008) |